02-11-144-CV










 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00144-CV 

 

 




 
 
 In re CMP Family Limited Partnership
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.[2] 
Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

 

DELIVERED: 
May 6, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).





            [2]Relator
has an adequate remedy by appeal.